# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCELLUS A. JONES,** | : | No. 3:12cv487 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Mehalchick) |
| **TAYLOR, CAMPBELL and MCCLOSKEY,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 24th day of March 2014, it is **HEREBY ORDERED** as follows:

1. Plaintiff's objections to the Report and Recommendation (Doc. 94) are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Mehalchick (Doc. 86) is **ADOPTED**;

3. Defendants' motion for summary judgment on plaintiff's Eighth Amendment conditions of confinement claim (Doc. 74) is **GRANTED**; and

4. The Clerk of Court is directed to close this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**