# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARCELLUS A. JONES,** : | No. 3:12cv487 |
| **Plaintiff** : | |
| : | (Judge Munley) |
| v. : | |
| : | (Magistrate Judge Mehalchick) |
| **TAYLOR, CAMPBELL and** : | |
| **MCCLOSKEY,** : | |
| **Defendants** : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 5th day of May 2014, plaintiff's motion to alter or amend a judgment (Doc. 97) is hereby **DENIED**.

                              **BY THE COURT:**

                              **s/ James M. Munley**
                              **JUDGE JAMES M. MUNLEY**
                              **United States District Court**